IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION
AT KNOXVILLE

_____

| | | |
|---|---|---|
| BAIRD TREE COMPANY, INC. and<br>BOBBY D. BAIRD, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 3:15-CV-2 |
| PLATEAU ELECTRIC COOPERATIVE<br>AND GALLOWAY CONSTRUCTION,<br>LLC, | ) <br> ) <br> ) <br> ) | Varlan/Shirley |
| Defendants. | ) | |

## **PLAINTIFFS' SUPPLEMENTAL NOTICE OF VOLUNTARY DISMISSAL**

No Answer or Motion for Summary Judgment having been served on Plaintiffs, Baird Tree Company, Inc. and Bobby D. Baird, by Defendants, Plateau Electric Cooperative and Galloway Construction, LLC, the Plaintiffs voluntarily dismiss this action, including all federal claims, as well as any claims and this entire action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted this 5th day of February 2015.

                                                     BAIRD TREE COMPANY, INC. and
                                                   BOBBY D. BAIRD

                                                   BY:_____s/David H. Dunaway_____
                                                           David H. Dunaway, BPR 0491
                                                           Attorney for Plaintiffs
                                                           P.O. Box 280
                                                           100 S. Fifth Street
                                                           LaFollette, Tennessee 37766
                                                           LaFollette: 423/562-7085
                                                           Knoxville: 865/524-3670

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                          s/David H. Dunaway
                                                          Attorney for Plaintiffs